## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN - DETROIT DIVISION

-------------------------------------------------------------------------------------------------------------------/

In re: Sharon Grigorian,                      Case # 12-60833

    Debtor.                             Chapter 7

                                     Hon. Thomas J. Tucker

-------------------------------------------------------------------------------------------------------------------/

## STIPULATION TO ENTRY OF ORDER ADJOURNING HEARING

The Debtor and Creditor John D. Belleba III stipulate to the entry of the attached order.

                                     /s/Guy T. Conti
                                     Guy T. Conti P68889
                                     ContiLegal
                                     Attorney for John D. Belleba III
                                     2002 Hogback Road, Ste 11
                                     Ann Arbor, MI 48105
                                     888.489.3232
                                     gconti@contilegal.com

                                     /s/Lyle S. Lieberman
                                     Lyle S. Lieberman P39229
                                     Attorney for Debtor
                                     29548 Southfield Rd Ste 100
                                     Southfield, MI 48076
                                     (248) 559-9529
                                     lieberman@allcountylegalservices.com

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN - DETROIT DIVISION

-----------------------------------------------------------------------------------------------------------------/

In re: Sharon Grigorian,                          Case # 12-60833

       Debtor.                                      Chapter 7

                                                       Hon. Thomas J. Tucker

-----------------------------------------------------------------------------------------------------------------/

## STIPULATED ORDER ADJOURNING HEARING

The hearing on Creditor John D. Belleba III's Objection to Debtor's Exemption, scheduled for Wednesday, February 27, 2013 at 9 A.M., is adjourned until Wednesday, March 13, 2013 at 9 A.M.