UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                    Case No. 12-60833

SHARON GRIGORIAN,                                         Chapter 7

          Debtor.                                 Judge Thomas J. Tucker
_____/

**ORDER SCHEDULING EVIDENTIARY HEARING ON CREDITOR JOHN D. BELLEBA III'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION**

      This case came before the Court for a hearing on March 13, 2013, on the creditor John D. Belleba III 's "Objection to Debtor's Claim of Exemption under 11 U.S.C. § 522(d)(5) and 11 U.S.C. § 522(d)(3)" (Docket # 58, the "Claim Objection"). For the reasons stated by the Court on the record during the hearing,

      IT IS ORDERED that:

1. The Court will hold an evidentiary hearing on the Claim Objection on **June 3, 2013 at 1:30 p.m.**

2. No later than May 28, 2013, each party must serve on the other party a witness list, an exhibit list, and a copy of all marked exhibits that the party may use at the evidentiary hearing.

.

**Signed on March 13, 2013**

                                                        /s/ Thomas J. Tucker
                                                        Thomas J. Tucker
                                                        United States Bankruptcy Judge